# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOHNNY GRANT**                                              **PLAINTIFF**

v.                     No. 3:13-cv-231-DPM

**CITY OF BLYTHEVILLE, ARKANSAS**            **DEFENDANT**

## ORDER

The Court notes that the docket shows no service on the City of Blytheville, and the 120-day window has closed. Grant must provide proof of service by 25 April 2014, or the Court will dismiss Grant's complaint without prejudice. FED. R. CIV. P. 4(m).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2014