# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JOHNNY GRANT**                                                 **PLAINTIFF**

v.                          No. 3:13-cv-231-DPM

**CITY OF BLYTHEVILLE, ARKANSAS**             **DEFENDANT**

## ORDER

Blytheville's report, № 28, noted and appreciated. The Court is concerned. No discovery has been done, and the cutoff is in two months. Whatever may have been agreed by counsel in the good spirit of cooperation, to keep this case on track, Grant must respond to all pending discovery by 28 January 2015. And the parties should schedule now any needed deposition for February. Joint status report due 13 February 2015.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2015