IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOHNNY GRANT**                                                                 **PLAINTIFF**

v.                                          No. 3:13-cv-231-DPM

**CITY OF BLYTHEVILLE, ARKANSAS**                              **DEFENDANT**

JUDGMENT

Grant's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 May 2015