IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOHNNY GRANT**  PLAINTIFF

v. No. 3:13-cv-231-DPM

**CITY OF BLYTHEVILLE, ARKANSAS**  DEFENDANT

ORDER

The Court has reconsidered and stands by its earlier analysis. Grant's motion to set aside the Judgment as a matter of law for the City, and have a trial, № 48, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 June 2015